IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WILLIAMS,

      Plaintiff,                    No. 2:11-cv-0638 KJN P

   vs.

JASON T. HUFFMAN, M.D., et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 28, 2011, plaintiff filed a request for entry of default against defendants. Plaintiff relies on the May 31, 2011 order to the U.S. Marshal to serve defendants. However, the U.S. Marshal has not yet filed executed or unexecuted summons indicating the date of attempted or executed service of process. Plaintiff is advised that if defendants signed a waiver of service of process, Rule 4(d)(3) of the Federal Rules of Civil Procedure provides that a defendant shall file an appearance within sixty days from the date the waiver is mailed. Accordingly, plaintiff's request is premature and is denied.

////

////

////

1   IT IS HEREBY ORDERED that plaintiff's July 28, 2011 request for entry of
2   default (dkt. no. 16) is denied.
3   DATED: August 9, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will0638.77w