IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WILLIAMS,

        Plaintiff,               No. 2:11-cv-0638 GEB KJN P

     vs.

JASON T. HUFFMAN, et al.,

        Defendants.          <u>ORDER</u>

_____/

       On November 15, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed October 31, 2011, denying plaintiff's motion for entry of default against defendant Huffman.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 31, 2011, is affirmed.

Dated:  November 22, 2011

                    GARLAND E. BURRELL, JR.
                    United States District Judge