IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WILLIAMS,

        Plaintiff,                No. 2:11-cv-0638 GEB KJN P

    vs.

JASON T. HUFFMAN, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel. On November 28, 2011, plaintiff filed a document styled, "Motion for An Order to Compel U.S. Marshal to Turn Over Return of Service." (Dkt. No. 39.) Plaintiff is advised that the U.S. Marshal will file the return of service once service of process on defendant Huffman has occurred. To date, service of process on defendant Huffman has not yet been accomplished.[1] Thus, there is no executed

////

////

////

---

[1] The U.S. Marshal's office informed the court that defendant Huffman did not return the waiver of service of process; therefore, the U.S. Marshal is attempting personal service. The U.S. Marshal will mail plaintiff a copy when the return of service for defendant Huffman is filed.

1

1  summons for the U.S. Marshal to file.  Accordingly, IT IS ORDERED that plaintiff's November
2  28, 2011 motion (dkt. no. 39) is denied.
3  DATED:  December 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will0638.den