IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WILLIAMS,

        Plaintiff,                No. 2:11-cv-0638 GEB KJN P

    vs.

JASON T. HUFFMAN, et al.,

        Defendants.            <u>ORDER TO SHOW CAUSE</u>

_____/

On December 5, 2011, plaintiff filed a motion to compel defendants Austin, Traquina and Mefford to produce documents or provide answers to interrogatories propounded on October 14, 2011.  (Dkt. No. 41.)  Plaintiff states no responses or documents have been provided.  (<u>Id.</u>)  Twenty-one days have passed, and defendants have not filed an opposition or otherwise responded to the motion.  Thus, defendants Austin, Traquina and Mefford shall show cause, within twenty-one days, why plaintiff's motion to compel should not be granted.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, defendants Austin, Traquina and Mefford shall show cause, if any they may

////

////

////

1  have, why plaintiff's December 5, 2011 motion to compel should not be granted.

2  DATED: January 11, 2012

3  _____
   KENDALL J. NEWMAN
4  UNITED STATES MAGISTRATE JUDGE

5  will0638.osc