1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO WILLIAMS,

11            Plaintiff,                    No. 2:11-cv-0638 GEB KJN P

12        vs.

13   JASON T. HUFFMAN, et al.,

14            Defendants.                   ORDER TO SHOW CAUSE

15   _____/

16            On December 5, 2011, plaintiff filed a motion to compel defendants Austin,

17   Traquina and Mefford to produce documents or provide answers to interrogatories propounded

18   on October 14, 2011.  (Dkt. No. 41.)  Plaintiff states no responses or documents have been

19   provided.  (Id.)  Twenty-one days have passed, and defendants have not filed an opposition or

20   otherwise responded to the motion.  Thus, defendants Austin, Traquina and Mefford shall show

21   cause, within twenty-one days, why plaintiff's motion to compel should not be granted.

22            Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the

23   date of this order, defendants Austin, Traquina and Mefford shall show cause, if any they may

24   ////

25   ////

26   ////

1    have, why plaintiff's December 5, 2011 motion to compel should not be granted.

2    DATED:  January 11, 2012

3    _____
     KENDALL J. NEWMAN

4    UNITED STATES MAGISTRATE JUDGE

5    will0638.osc

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26