1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO WILLIAMS,

11              Plaintiff,              No. 2:11-cv-0638 GEB KJN P

12      vs.

13   JASON T. HUFFMAN, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis, in

17   this action seeking relief pursuant to 42 U.S.C. § 1983.  On May 31, 2011, the court ordered the

18   United States Marshal to serve process upon defendants in this case.  The Marshal was directed

19   to attempt to secure a waiver of service before attempting personal service on a defendant.  If a

20   waiver of service was not returned within sixty days, the Marshal was directed to effect personal

21   service on the defendant in accordance with the provisions of Rule 4 of the Federal Rules of

22   Civil Procedure and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of

23   service with evidence of any attempt to secure a waiver of service and with evidence of all costs

24   subsequently incurred in effecting personal service.

25              On December 9, 2011, the United States Marshal filed a return of service with a

26   USM-285 form showing total charges of $160.60 for effecting personal service on defendant

1   Huffman.  The form shows that a waiver of service form was mailed to defendant Huffman on

2   June 22, 2011, and that no response was received.

3   Rule 4(d) of the Federal Rules of Civil Procedure provides, in pertinent part, as

4   follows:

5   An individual, corporation, or association that is subject to service
    under Rule 4(e), (f), or (h) has a duty to avoid unnecessary
6   expenses of serving the summons. . . .

7   If a defendant located within the United States fails, without good
    cause, to sign and return a waiver requested by a plaintiff located
8   within the United States, the court must impose on the defendant:
    (A)  the expenses later incurred in making service; and
9   (B)  the reasonable expenses, including attorney's fees, of any
    motion required to collect those service expenses.

10

11  Fed. R. Civ. P. 4(d)(1), (2)(A), (B).

12  The court finds that defendant Huffman was given the opportunity required by

13  Rule 4(d) to waive service and has failed to comply with the request.

14  Accordingly, IT IS HEREBY ORDERED that:

15  1.  Within fourteen days from the date of this order defendant Huffman shall pay

16  to the United States Marshal the sum of $160.60, unless within that time defendant Huffman files

17  a written statement showing good cause for his failure to waive service.  The court does not

18  intend to extend this fourteen day period.

19  2.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

20  Marshal.

21  DATED:  January 18, 2012

22

23

24  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

25  will0638.tax

26