IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WILLIAMS,

        Plaintiff,                  No. 2:11-cv-0638 GEB KJN P

   vs.

JASON T. HUFFMAN, M.D., et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel. On January 23, 2012, counsel for defendants filed a joint request to continue the discovery and dispositive motions deadlines pending resolution of defendant Huffman's motion to dismiss. Defendants argue that extending these deadlines will save them the expense of having to depose plaintiff twice.

        The current scheduling order was issued prior to service of process on defendant Huffman. (Dkt. No. 31.) Defendant Huffman was served on December 2, 2011, and filed a motion to dismiss on December 22, 2011. Good cause appearing, defendants' request is partially granted. The deadlines set in the October 4, 2011 scheduling order are vacated, and will be reset once the court rules on the pending motion to dismiss.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' January 23, 2012 motion (dkt. no. 58) is partially granted; and

1

2. The January 27, 2012 discovery deadline and the March 30, 2012 dispositive motions deadline are vacated.

DATED: February 1, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will0638.vac