IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WILLIAMS,

      Plaintiff,                      No. 2:11-cv-0638 GEB KJN P

    vs.

JASON T. HUFFMAN, M.D., et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. On February 22, 2012, defendant Huffman's motion to dismiss was partially granted, and plaintiff was granted thirty days in which to file a second amended complaint, or to elect to proceed on the amended complaint and voluntarily dismiss defendant Huffman. On February 29, 2012, plaintiff filed a notice in which he elected to proceed on the amended complaint and voluntarily dismiss defendant Huffman. Good cause appearing, defendant Huffman is dismissed without prejudice. Fed. R. Civ. P. 41(a).

        This action is proceeding on plaintiff's April 29, 2011 amended complaint (dkt. no. 8) as to defendants Traquina, Austin and Mefford. On February 1, 2012, the discovery and dispositive motions deadlines were vacated. Inasmuch as discovery was to close on January 27, 2012, and the deadline was continued to allow defendants to depose plaintiff on one occasion,

1

the discovery deadline will be briefly extended.  Thus, a new discovery deadline is set for May 31, 2011, and the dispositive motions deadline is set for July 31, 2012.  The parties are cautioned that the court is not inclined to extend these deadlines further.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is proceeding on plaintiff's April 29, 2011 amended complaint (dkt. no. 8) as to defendants Traquina, Austin and Mefford.

2. Defendant Huffman is dismissed without prejudice.  Fed. R. Civ. P. 41(a).

3. The discovery deadline is briefly extended to May 31, 2012.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

4. The deadline for filing all pretrial motions, except motions to compel discovery, is extended to July 31, 2012.  Motions shall be briefed in accordance with paragraph 7 of this court's order filed May 31, 2011.

DATED:  March 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will0638.41r