1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO WILLIAMS,

11          Plaintiff,                          No. 2:11-cv-0638 GEB KJN P

12          vs.

13   JASON T. HUFFMAN, M.D., et al.,

14          Defendants.                         ORDER AND RAND NOTICE

15   _____/

16          On June 27, 2012, defendants filed a motion for summary judgment.  Defendants'

17   notice of motion noted the parties' obligations under Rand v. Rowland, 154 F.3d 952, 957 (9th

18   Cir. 1998) (en banc), and Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988).  (Dkt. No. 82 at

19   2.)  On July 16, 2012, plaintiff filed a 212 page opposition which included his statement of

20   disputed and undisputed facts in support of his opposition, his declaration, and various exhibits.

21   (Dkt. No. 87.)

22          However, on July 6, 2012, the Ninth Circuit issued an order requiring that all

23   prisoners proceeding pro se must be provided contemporaneous notice of certain requirements

24   for opposing a motion for summary judgment.  Woods v. Carey, 2012 WL 2626912,*1 (9th Cir.

25   July 06, 2012 ), citing Rand and Klingele.  The district court may provide such notice if

26   defendants fail to do so.  Woods, 2012 WL 2626912 at *5.  When provided by defendant, the

1    notification must be set forth in "a separate document, served with the moving papers, and state[]

2    that the court has required that it be given." Rand, 154 F.3d at 960; Woods, 2012 WL 2626912

3    at *4.  These requirements apply to both "pending and future cases." Woods at *6.

4            Although it appears plaintiff understands his obligation in opposing a motion for

5    summary judgment, in an abundance of caution the court will provide plaintiff with the notice

6    required under Woods, and will grant plaintiff an extension of time to file a supplemental

7    opposition.  However, if plaintiff so chooses, he may opt to rely on his opposition filed July 16,

8    2012.

9            IT IS HEREBY ORDERED that:

10           1. Plaintiff is hereby informed of the following requirements for opposing a

11   motion for summary judgment:

12                            Rand Notice[1]

13       Plaintiff is informed that the following requirements apply for
         opposing a motion for summary judgment pursuant to Fed. R. Civ.
14       P. 56.  Such a motion is a request for an order for judgment in
         favor of the defendant without trial.  A defendant's motion for
15       summary judgment will set forth the facts that the defendant
         contends are not reasonably subject to dispute and that entitle the
16       defendant to judgment.

17       To oppose a motion for summary judgment, plaintiff must show
         proof of his or her claims.  Plaintiff may do this in one or more of
18       the following ways.  Plaintiff may rely on plaintiff's statements
         made under penalty of perjury in the complaint if the complaint
19       shows that plaintiff has personal knowledge of the matters stated
         and plaintiff specifies those parts of the complaint on which
20       plaintiff relies.   Unsigned affidavits or declarations will be
         stricken, and affidavits or declarations not signed under penalty of
21       perjury have no evidentiary value.  Plaintiff may serve and file one
         or more affidavits or declarations setting forth the facts that
22       plaintiff believes prove plaintiff's claims; the person who signs an
         affidavit or declaration must have personal knowledge of the facts
23       stated.  Plaintiff may rely on written records, but plaintiff must
         prove that the records are what plaintiff asserts they are.  Plaintiff

24

25          [1]  This notice is provided to ensure that you, a pro se prisoner plaintiff, "have fair, timely
     and adequate notice of what is required" to oppose a motion for summary judgment.  See Woods
26   2012 WL 2626912 at *1; Rand, 154 F.3d at 957, and Klingele, 849 F.2d at 409.

1    may rely on all or any part of the transcript of one or more
     depositions, answers to interrogatories, or admissions obtained in
2    this proceeding.

3    If plaintiff fails to contradict the defendant's evidence with
     counteraffidavits or other admissible evidence, the court may
4    accept defendant's evidence as true and grant the motion.  If there
     is some good reason why such facts are not available to plaintiff
5    when required to oppose a motion for summary judgment, the
     court will consider a request to postpone consideration of the
6    defendant's motion.  See Fed. R. Civ. P. 56(d).

7    If plaintiff does not serve and file a written opposition to the
     motion, or a request to postpone consideration of the motion, the
8    court may consider the failure to act as a waiver of opposition to
     the defendant's motion.  See L.R. 230(l).
9
     If the court grants the motion for summary judgment, whether
10   opposed or unopposed, judgment will be entered for the defendant
     without a trial and the case will be closed as to that defendant.  In
11   the present case, summary judgment for defendant would end the
     entire case.
12
     2.  Plaintiff is granted thirty days from the date of this order in which to file either
13
a supplemental opposition,[2] or a statement that he opts to rely on his July 16, 2012 opposition.
14
Defendants' reply, if any, shall be filed within seven days thereafter.
15
DATED:  July 24, 2012
16

17                                              _____
                                                KENDALL J. NEWMAN
18                                              UNITED STATES MAGISTRATE JUDGE

19

20   will0638.ntc

21

22

23

24

25      [2] If plaintiff chooses to file a supplemental opposition, he need not re-file exhibits
     previously provided on July 16, 2012.  Plaintiff may simply rely on the previously filed exhibits,
26   so long as he makes clear to which exhibit he is referring.

                                                3